# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                  NO. 4:14CR00230 JLH

JOE SHERRING JACKSON                                     DEFENDANT

## **ORDER**

      The United States has filed a motion to dismiss the indictment against defendant Joe Sherring Jackson. The motion is GRANTED. Document #24. The indictment in this action against Joe Sherring Jackson is hereby dismissed.

      IT IS SO ORDERED this 4th day of June, 2015.

                                                        _____
                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE